AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Bryan Perry | ) | Case No. 3:22MJ5308 |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
10:59 am Sep 19 2022
Clerk U.S. District Court
Northern District of Ohio
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June, 2022 to September 14, 2022 in the county of Fulton in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Sworn to via telephone after submission by reliable electronic means. Fed.R.Crim.P. 4.1 and 41(d)(3).

*Complainant's signature*
Justin Craig, Secret Service Task Force Officer
*Printed name and title*

*Judge's signature*

Date: September 19, 2022

City and state: Toledo, Ohio

Darrell A. Clay, U.S. Magistrate Judge
*Printed name and title*