AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 3:22MJ5308 |
| Bryan Perry | ) |
| *Defendant* | ) |

**FILED**

4:09 pm Sep 20 2022

**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 09/13/2022

*Donna Grill for Bryan Perry*
*Defendant's signature*

*Donna Grill*
*Signature of defendant's attorney*

Donna M. Grill  0062141
*Printed name and bar number of defendant's attorney*