IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
4:09 pm Sep 20 2022
Clerk U.S. District Court
Northern District of Ohio
Toledo

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRYAN PERRY,<br>        Defendant. | CASE NO. 3:22mj5308<br><br>MAGISTRATE JUDGE DARRELL A. CLAY<br><br>WAIVER OF DETENTION HEARING<br>AND ORDER OF DETENTION |

<u>Bryan Perry</u>, the above named defendant, accused of having violated <u>18:1028A, 18:1344, 18:1349</u>, advised of the nature of the charge and of his/her rights, and under advice of counsel, waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142(e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change.

*Donna Grill for Bryan Perry*
Defendant

*Donna Grill*
Counsel

*[signature]*
DARRELL A. CLAY
U.S. MAGISTRATE JUDGE