# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 3:22MJ-05308 |
| | : | |
| Plaintiff, | : | |
| | : | MAGISTRATE JUDGE DARRELL CLAY |
| -vs- | : | |
| | : | **NOTICE OF APPEARANCE AS CO-COUNSEL** |
| BRYAN PERRY, | : | |
| | : | |
| Defendant. | : | |

Krysten E. Beech enters her appearance as co-counsel on behalf of Defendant Bryan Perry and requests that she be added to the docket in this matter.

Respectfully submitted,

Stephen Newman
Federal Public Defender
Ohio Bar: 0051928

*/s/ Krysten E. Beech*
Krysten E. Beech
Research and Writing Attorney
Ohio Bar No. 0094020
617 Adams Street, Second Floor
Toledo, Ohio 43604
T: (419) 259-7370
F: (419) 259-7375
krysten_beech@fd.org