AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Bryan Perry<br><br>Defendant | )<br>)<br>) Case No. 3:22MJ5308<br>)<br>)<br>)<br>) |

**FILED**

**SEP 28 2022**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Bryan Perry

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1028A - Aggravated Identity Theft
18 U.S.C. § 1344 - Bank Fraud
18 U.S.C. § 1349 - Conspiracy to Commit Bank Fraud

Date: September 19, 2022

*Issuing officer's signature*

City and state: Toledo, Ohio

Darrell A. Clay, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/19/22, and the person was arrested on *(date)* 9/19/22
at *(city and state)* TOLEDO, OH

Date: 9/19/22

TFO JG CRAIG
*Arresting officer's signature*

USSS TFO JUSTIN CRAIG
*Printed name and title*