IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:22MJ5308 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE DARRELL A. |
| | ) | CLAY |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN PERRY, | ) | WAIVER OF RIGHTS PURSUANT TO |
| | ) | SPEEDY TRIAL ACT |
| Defendant. | ) | |

We, the attorneys for the respective parties, and I, Bryan Perry, the defendant, with the consent of the Court, hereby waive any of the rights to have this case presented to a Grand Jury within thirty (30) days pursuant to the provisions of Title 18, United States Code, Sections 3161(b) and 3161(h).

Robert Melching
Assistant U.S. Attorney

Donna Grill
Counsel for Defendant

Bryan Perry
Defendant

September 29, 2022

DARRELL A. CLAY
United States Magistrate Judge