CLOSED

# U.S. District Court
# District of Delaware (Wilmington)
# CRIMINAL DOCKET FOR CASE #: 1:23-mj-00051 All Defendants
# Internal Use Only

| | |
|---|---|
| Case title: USA v. Johnson | Date Filed: 02/07/2023 |

Assigned to: Unassigned

### Defendant (1)

| | | |
|---|---|---|
| **Eston Johnson**<br>*also known as*<br>EJ Bandz | represented by | **David Pugh**<br>David L. Pugh<br>Federal Public Defender's Office<br>800 N. King Street, Suite 200<br>Wilmington, DE 19801<br>302-573-6010<br>Email: David_pugh@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

| USA | represented by | **Ruth Mandelbaum** |
|---|---|---|
| | | U.S. Attorney's Office |
| | | Hercules Building |
| | | 1313 N. Market Street |
| | | P.O. Box 2046 |
| | | Wilmington, DE 19801 |
| | | (302) 573-6277 |
| | | Fax: (302) 673-6220 |
| | | Email: Ruth.Mandelbaum@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2023 | 1 | Copy of charging pleadings ( Indictment ) received from Northern District of Ohio as to Eston Johnson. (dlb) (Entered: 02/07/2023) |
| 02/07/2023 | | Minute Entry for proceedings held before Judge Christopher J. Burke - Initial Appearance in Rule 5(c)(3) Proceedings as to Eston Johnson held on 2/7/2023. Defendant was advised of charges, penalties and rights. Defendant requested court appointed counsel, Court appoints Federal Public Defender. David Pugh, AFPD appeared on behalf of defendant, Eston Johnson. Defendant waives identity hearing. Defendant waives preliminary and detention hearings in this district and which may be held in the Northern District of Ohio. Court sets Conditions of Release without objections from counsel. Defendant was released to appear as required by the Northern District of Ohio. The Court advised counsel of their Brady obligations under Rule 5(f). (Clerk, D. Benyo) Appearances: R. Mandelbaum for Government; D. Pugh for FPD; C. Sain for USPO. (dlb) (Entered: 02/07/2023) |
| 02/07/2023 | 2 | ORDER pursuant to Fed. R. Crim. P. 5(f) as to Eston Johnson. Signed by Judge Christopher J. Burke on 2/7/2023. (dlb) (Entered: 02/07/2023) |
| 02/07/2023 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Eston Johnson. Signed by Judge Christopher J. Burke on 2/7/2023. (dlb) (Entered: 02/07/2023) |
| 02/07/2023 | 4 | WAIVER of Rule 5(c)(3) Hearings by Eston Johnson (dlb) (Entered: 02/07/2023) |
| 02/07/2023 | 5 | ORDER Setting Conditions of Release as to Eston Johnson (1) O/R. Signed by Judge Christopher J. Burke on 2/7/2023. (dlb) (Entered: 02/07/2023) |
| 02/07/2023 | 6 | Letter to Clerk of Court from Deputy Clerk regarding case documents pursuant to Rule 5. (dlb) (Entered: 02/07/2023) |
| 02/07/2023 | | Remark: Documents emailed to Deputy Clerk Beaver this date ahead of Virtual Zoom Hearing to be held on 2/9/2023 at 3:00 PM per the AUSA/DE. (dlb) (Entered: 02/07/2023) |
| 02/07/2023 | 🔒 | (Court only) *** Case Terminated (dlb) (Entered: 02/07/2023) |

CERTIFIED FROM THE RECORD

_____John A. Cerino_____
**John A. Cerino, Clerk**

_____Deborah L. Benyo_____
**Deputy Clerk**