UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 23-51M |
| ESTON JOHNSON, | ) ) ) | |
| Defendant. | ) | |

## ORDER PURSUANT TO FED. R. CRIM. P. 5(f)

The United States is obligated, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

February 7, 2023
Date

/s/ Christopher J. Burke
The Honorable Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE