## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
       )
       Plaintiff,     )
       )
     v.       )     CASE NO. 23-51M
       )
ESTON JOHNSON aka EJ Bandz    )
       )
       Defendant.    )

## ORDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 7th day of **February, 2023,** IT IS HEREBY ORDERED that **Eleni Kousoulis, Esq.,** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

 

*/s/ Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender
   800 King Street, Suite 200
   Wilmington, DE 19801
   (302) 573-6010

   Defendant
   United States Attorney