## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
CHRISTOPHER J. BURKE.
U. S. MAGISTRATE JUDGE

UNIT 28
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-4591

February 7, 2023

Clerk of Court
U.S. District Court
Norther District of Ohio
James M. Ashley and Thomas W. L. Ashley U.S. Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43604

    RE: United States v. Eston Johnson aka EJ Bandz, 3:23CR54(J. Knepp)
     USDC/DE Case No. 23-51M

Dear Clerk:

 Pursuant to F.R.Cr.P 5 I am enclosing documents for the above-captioned case in your Court, enclosed please find the following items:

(X) Certified copy of the docket sheet;
( ) Certified copy of the Order of Transfer;
(X) Copy of case file documents (if applicable);

 Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

 Please acknowledge receipt of the above items on the attached copy of this letter.

       Sincerely,

       John A. Cerino, Clerk of Court

       By: *Deborah L. Benyo*
         Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on _____.**

_____
**Signature**