AO 442 (Rev. 11/11) Arrest Warrant

FILED
FEB 09 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

United States of America
v.
Eston Johnson, aka EJ Bandz

)
)
)
)
)
)

Case No. 3:23 CR 54
JUDGE KNEPP

Defendant

### ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)  Eston Johnson, aka EJ Bandz
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18 U.S.C. § 1349 - Conspiracy
Counts 3 & 4 - 18 U.S.C. § 1028A - Aggravated Identity Theft

Date: 2/1/2023

_____
Issuing officer's signature

City and state:  Toledo, Ohio

Kelly Roddy, Courtroom Deputy
Printed name and title

### Return

This warrant was received on (date) 2/7/2023, and the person was arrested on (date) 2/7/2023
at (city and state) Wilmington, DE

Date: 2/7/2023

_____
Arresting officer's signature

Joel Mell, CDUSM on behalf of USSS
Printed name and title