AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>SHANICE HODGE<br>*Defendant* | )<br>)<br>) Case No. 3:23-cr-00054-JRK<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SHANICE HODGE

Date: 2/16/2023

s/ Rhys Brendan Cartwright-Jones
*Attorney's signature*

Rhys Brendan Cartwright-Jones, 0078597
*Printed name and bar number*

42 N. Phelps St., Youngstown, OH 44503-1130
*Address*

rhys44503@gmail.com
*E-mail address*

216-272-1938
*Telephone number*

866-223-3897
*FAX number*

Proof of Service: All parties to this cause receive ECF service, and I caused those parties to receive a copy of this Notice by way of same on the date of filing, February 16, 2023.

s/ Rhys B. Cartwright-Jones