**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : Case No. 3:23-cr-00054 |
| vs. | : |
| MUHAMMADO DIOKHANE, | : |
| Defendant. | : |

**NOTICE OF APPEARANCE OF COUNSEL**

Now comes Brian D. Joslyn, Sup. Ct. #0087356, and hereby gives notice of his appearance as counsel of record for the Defendant in the above-entitled action.

Respectfully submitted,

*/s/ Brian D. Joslyn*
Brian D. Joslyn (0087356)
Counsel for the Defendant
501 S. High Street
Columbus, Ohio 43215
614-444-1900
Fax: 614-444-1901

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2023, the foregoing Motion was electronically filed with the Clerk of Courts in CM/ECF system, which will distribute the notice to all parties and counsel of record.

*/s/ Brian D. Joslyn*
Brian D. Joslyn (0087356)
Counsel for the Defendant