**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : Case No. 3:23-cr-00054 |
| vs. | : |
| MUHAMMADO DIOKHANE, | : |
| Defendant. | : |

**MOTION FOR A BILL OF PARTICULARS**
**Ohio R. Crim. P. 7(E)**

Now comes Defendant, through undersigned counsel, and respectfully requests the Prosecuting Attorney to furnish the Defendant with a Bill of Particulars setting up specifically the nature of the offense charged and of the conduct of the Defendant alleged to constitute the offense. Counsel specifically requests the following particulars:

1. The names and addresses of each and every person who was present at the scene of any alleged crime charged in the Indictment;

2. The precise manner in which the crime charged in the Indictment is alleged to have been committed by Defendant;

3. The exact language, word or words, or conduct allegedly used by Defendant which is alleged to constitute the Indictment;

4. The date and time of the allegations contained in the Indictment.

Respectfully submitted,

*/s/ Brian D. Joslyn*
Brian D. Joslyn (0087356)
Counsel for the Defendant
501 S. High St
Columbus, Ohio 43215
614-444-1900
Fax. 614-444-1901

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 22, 2023 the foregoing Motion was electronically filed with the Clerk of Courts in CM/ECF system, which will distribute the notice to all parties and counsel of record.

                                            */s/ Brian D. Joslyn*
                                            Brian D. Joslyn (0087356)
                                            Counsel for the Defendant