AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
| v. | ) |
| Shanice Hodge, aka Shai | ) Case No. 3:23 CR 54 |
| | ) |
| | ) JUDGE KNEPP |
| | ) |
| Defendant | ) |

FILED
FEB 23 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Shanice Hodge, aka Shai

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18 U.S.C. § 1349 - Conspiracy
Counts 2-4 - 18 U.S.C. § 1028A - Aggravated Identity Theft

Date: 2/1/2023

_____
Issuing officer's signature

City and state: Toledo, Ohio

Kelly Roddy, Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 02/16/2023
at *(city and state)* Houston, Texas

Date: 2/16/2023

_____
Arresting officer's signature

Gilberto Nieves, USSS Special Agent
*Printed name and title*