AO 442 (Rev 11/11) Arrest Warrant

**FILED**
FEB 27 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

United States Courts
Southern District of Texas
FILED
FEB 2 2 2023
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **3:23 CR** |
| Muhammado Abdoulaye Diokhane, aka Mo | ) | **JUDGE KNEPP** |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Muhammado Abdoulaye Diokhane, aka Mo

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18 U.S.C. § 1349 - Conspiracy
Counts 2-4 - 18 U.S.C. § 1028A - Aggravated Identity Theft

Date: 2/1/2023

_____
Issuing officer's signature

City and state: Toledo, Ohio

Kelly Roddy, Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* 2/15/23, and the person was arrested on *(date)* 2/16/23
at *(city and state)* Houston, TX

Date: 2/16/23

_____
Arresting officer's signature

Frederick Hoffel, SA
*Printed name and title*