PPSURHO

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:23−mj−00322 All Defendants
*Internal Use Only*

Case title: USA v. Diokhane et al                                Date Filed: 02/17/2023

Other court case number: 3−23−cr−54 Northern District of
                         Ohio, Western Division

Assigned to: Magistrate Judge
Dena Hanovice Palermo

**Defendant (1)**

| | |
|---|---|
| **Muhammado Abdoulaye Diokhane**<br>*also known as*<br>Mo | represented by **Nelson Starbranch Ebaugh**<br>Nelson S. Ebaugh, P.C.<br>3730 Kirby Drive<br>Suite 1200<br>Houston, TX 77098<br>713−752−0700<br>Fax: 713−739−0500<br>Email: nebaugh@ebaughlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Count 1 18:USC 1349 | |

Conspiracy, Counts 2−4
18:1028A Aggravated Identity
Theft

Assigned to: Magistrate Judge
Dena Hanovice Palermo

**Defendant (2)**

| | | |
|---|---|---|
| **Shanice Hodge**<br>*also known as*<br>Shai | represented by | **Federal Public Defender − Houston**<br>440 Louisiana<br>Ste 310<br>Houston, TX 77002<br>713−718−4600<br>Fax: 713−718−4610<br>Email: hou_ecf@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Ike Okorafor**<br>Federal Public Defender<br>440 Louisiana<br>Ste 1350<br>Houston, TX 77002<br>713−718−4600<br>Email: Ike_Okorafor@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

Count 1 18:1349 Conspiracy,
Counts 2−4 18:1028A Aggravated Identity Theft

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2023 | 1 | Indictment from Northern District of Ohio, Western Division as to Muhammado Abdoulaye Diokhane, Shanice Hodge, filed.(gkelner, 4) (Entered: 02/21/2023) |
| 02/17/2023 | | Arrest (Rule 40) of Muhammado Abdoulaye Diokhane, filed. (gkelner, 4) (Entered: 02/21/2023) |
| 02/17/2023 | | Arrest (Rule 40) of Shanice Hodge, filed. (gkelner, 4) (Entered: 02/21/2023) |
| 02/17/2023 | | ***Set/Reset Hearings as to Muhammado Abdoulaye Diokhane: Initial Appearance − Rule 40 set for 2/17/2023 at 02:00 PM in by video before Magistrate Judge Dena Hanovice Palermo (gkelner, 4) (Entered: 02/21/2023) |
| 02/17/2023 | | ***Set/Reset Hearings as to Shanice Hodge: Initial Appearance − Rule 40 set for 2/17/2023 at 02:00 PM in by video before Magistrate Judge Dena Hanovice Palermo (gkelner, 4) (Entered: 02/21/2023) |
| 02/17/2023 | 2 | Arrest Warrant issued 2/1/2023; Returned Executed on 2/16/2023 as to Shanice Hodge. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (gkelner, 4) (Entered: 02/21/2023) |
| 02/17/2023 | 3 | Arrest Warrant issued 2/1/2023; Returned Executed on 2/16/2023 as to Muhammado Abdoulaye Diokhane. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (gkelner, 4) (Entered: 02/21/2023) |
| 02/17/2023 | | Arrest of Shanice Hodge, filed. (cfelchak, 4) (Entered: 02/21/2023) |
| 02/17/2023 | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 2/17/2023 before Magistrate Judge Dena Hanovice Palermo as to Shanice Hodge. Defendant first appearance on Indictment from the Ohio Northern District Court 3−23−cr−54 and advised of rights/charges. Defendant requests appointed counsel, Financial Affidavit executed on the record, Defendant appeared with counsel. Order appointing FPD for limited purpose, Order of Temporary Detention Pending Hearing to be entered. Detention Hearing set for 2/21/2023 at 11:00 AM in by video before Magistrate Judge Andrew M Edison Defendant orally waived his in person appearance and consented to appear by video on the record. Appearances: AUSA Matthew Peneguy for USA; AFPD Alex Rosa−Ambert for Defendant.(ERO:Yes) (Interpreter: No) Defendant remanded to custody, filed. (cfelchak, 4) (Entered: 02/21/2023) |
| 02/17/2023 | | Arrest of Muhammado Abdoulaye Diokhane, filed. (cfelchak, 4) (Entered: 02/21/2023) |
| 02/17/2023 | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 2/17/2023 before Magistrate Judge Dena Hanovice Palermo as to Muhammado Abdoulaye Diokhane. Defendant first appearance on Indictment from the Ohio |

| | | |
|---|---|---|
| | | Northern District Court 3−23−cr−54 and advised of rights/charges. Defendant requests appointed counsel, Financial Affidavit executed on the record, Defendant appeared with counsel. Order appointing private counsel to be entered for limited purpose (Bryan or Palermo), Waiver of Identity executed on the record, Order of Temporary Detention Pending Hearing to be entered. Detention Hearing set for 2/22/2023 at 11:00 AM in by video before Magistrate Judge Andrew M Edison Defendant orally waived his in person appearance and consented to appear by video on the record. Appearances: AUSA Matthew Peneguy for USA; Nelson Ebaugh (CJA) for Defendant.(ERO:Yes) (Interpreter: No) Defendant remanded to custody, filed. (cfelchak, 4) (Entered: 02/21/2023) |
| 02/21/2023 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER FOR LIMITED PURPOSE. ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchak, 4) (Entered: 02/21/2023) |
| 02/21/2023 | 5 | BRADY ORDER on Rule 5(f) as to Shanice Hodge. (Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchak, 4) (Entered: 02/21/2023) |
| 02/21/2023 | 6 | Order of Temporary Detention Pending Hearing as to Shanice Hodge Detention Hearing set for 2/21/2023 at 11:00 AM in by video before Magistrate Judge Andrew M Edison ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchak, 4) (Entered: 02/21/2023) |
| 02/21/2023 | | NOTICE OF ATTORNEY APPEARANCE Ike Okorafor, Federal Public Defender, in case as to Shanice Hodge, filed.(Okorafor, Ike) (Entered: 02/21/2023) |
| 02/21/2023 | 7 | ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE for Defendant Muhammado Abdoulaye Diokhane. Nelson Ebaugh appointed. (Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchak, 4) (Entered: 02/21/2023) |
| 02/21/2023 | 8 | BRADY ORDER on Rule 5(f) as to Muhammado Abdoulaye Diokhane. (Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchak, 4) (Entered: 02/21/2023) |
| 02/21/2023 | 9 | Order of Temporary Detention Pending Hearing as to Muhammado Abdoulaye Diokhane Detention Hearing set for 2/22/2023 at 11:00 AM in by video before Magistrate Judge Andrew M Edison ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchak, 4) (Entered: 02/21/2023) |
| 02/21/2023 | 10 | Pretrial Services Report (Sealed) as to Muhammado Abdoulaye Diokhane, filed. (ticlark, 4) (Entered: 02/21/2023) |
| 02/21/2023 | | DETENTION HEARING Minute Entry for proceedings held on 2/21/2023 before Magistrate Judge Andrew M Edison as to Muhammado Abdoulaye Diokhane Defendant appeared with counsel. Bond set, Unsecured/ 40,000., Defendant advised of conditions of release, Defendant on bond to appear in originating district Ohio Northern District Court, Toledo Division for hearing set on at,, 1716 Spielbusch Avenue, Toledo, OH 43604. Court ordered Deft released from custody. Parties orally consented to appear by video on the record. Next court appearance is via zoom in charging district. Appearances: AUSA Rodolfo Ramirez for USA; Nelson Ebaugh (CJA) for Defendant.(ERO:Yes) (Interpreter: No) Defendant continued on bond, filed. (rcastro, 3) (Entered: 02/21/2023) |
| 02/21/2023 | 11 | ORDER for Defendant to Appear in the District Where Charges Are Pending and Transferring Bail as to Muhammado Abdoulaye Diokhane. The clerk is ordered to |

4

| | | |
|---|---|---|
| | | transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending. Charging District: Ohio Northern District Court, Toledo Division, 3:23−cr−54−JRK. ( Signed by Magistrate Judge Andrew M Edison) Parties notified. (rcastro, 3) (Entered: 02/21/2023) |
| 02/21/2023 | | DETENTION HEARING Minute Entry for proceedings held on 2/21/2023 before Magistrate Judge Andrew M Edison as to Shanice Hodge Defendant appeared with counsel. Bond set, Unsecured/ 40,000., Defendant advised of conditions of release, Defendant on bond to appear in originating district Ohio Northern District Court, Toledo Division for hearing set on at,, 1716 Spielbusch Avenue, Toledo, OH 43604. Court ordered Deft released from custody. Parties orally consented to appear by video on the record. Next court appearance is via zoom in charging district. Appearances: AUSA Rodolfo Ramirez for USA; Ike Okorafor (Retained) for Defendant.(ERO:Yes)(Interpreter: No) Defendant continued on bond, filed. (rcastro, 3) (Entered: 02/21/2023) |
| 02/21/2023 | 12 | ORDER for Defendant to Appear in the District Where Charges Are Pending and Transferring Bail as to Shanice Hodge. The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending. Charging District: Ohio Northern District Court, Toledo Division, 3:23−cr−54−JRK. ( Signed by Magistrate Judge Andrew M Edison) Parties notified. (rcastro, 3) (Entered: 02/21/2023) |
| 02/21/2023 | 13 | Unsecured Appearance Bond Entered as to Muhammado Abdoulaye Diokhane in amount of $ 40,000., filed. (rcastro, 3) (Entered: 02/23/2023) |
| 02/21/2023 | 14 | ORDER Setting Conditions of Release as to Muhammado Abdoulaye Diokhane. ( Signed by Magistrate Judge Andrew M Edison) (Attachments: # 1 Unredacted attachment) Parties notified. (rcastro, 3) (Entered: 02/23/2023) |
| 02/21/2023 | 15 | Unsecured Appearance Bond Entered as to Shanice Hodge in amount of $ 40,000., filed. (rcastro, 3) (Entered: 02/23/2023) |
| 02/21/2023 | 16 | ORDER Setting Conditions of Release as to Shanice Hodge. ( Signed by Magistrate Judge Andrew M Edison) (Attachments: # 1 Unredacted attachment) Parties notified. (rcastro, 3) (Entered: 02/23/2023) |
| 02/21/2023 | 19 | Appearance Bond Entered as to Shanice Hodge in amount of $ 40,000.,Unsecured, filed. (rcastro, 3) (Entered: 03/06/2023) |
| 02/21/2023 | 20 | ORDER Setting Conditions of Release as to Shanice Hodge. ( Signed by Magistrate Judge Andrew M Edison) (Attachments: # 1 Unredacted attachment) Parties notified. (rcastro, 3) (Entered: 03/06/2023) |
| 02/21/2023 | 21 | ORDER for Defendant to Appear in the District Where Charges Are Pending and Transferring Bail as to Muhammado Abdoulaye Diokhane. The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending. Charging District: Northern District of Ohio, Toledo Division, 3:23−cr−54−JRK. ( Signed by Magistrate Judge Andrew M Edison) Parties notified. (rcastro, 3) (Entered: 03/08/2023) |
| 02/24/2023 | 17 | Pretrial Services Report (Sealed) as to Shanice Hodge, filed. (ticlark, 4) (Entered: 02/24/2023) |
| 02/24/2023 | 18 | Addendum to 17 Pretrial Services Report (Sealed) as to Shanice Hodge, filed. (ticlark, 4) (Entered: 02/24/2023) |

| | | |
|---|---|---|
| 03/10/2023 | | RULE 5 Papers sent to Northern District of Ohio, Western Division Division as to Muhammado Abdoulaye Diokhane, Shanice Hodge, filed.(cfelchak, 4) (Entered: 03/10/2023) |