AVA DUSTIN
(419) 215-5444

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

United States Courts
Southern District of Texas
FILED

*February 17, 2023*

Nathan Ochsner, Clerk of Court

| United States of America | ) |
| v. | ) |
| Muhammado Abdoulaye Diokhane, aka Mo | ) Case No. 3:23 CR 54 |
| | ) JUDGE KNEPP |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Muhammado Abdoulaye Diokhane, aka Mo
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18 U.S.C. § 1349 - Conspiracy
Counts 2-4 - 18 U.S.C. § 1028A - Aggravated Identity Theft

Date: 2/1/2023

_____
Issuing officer's signature

City and state:  Toledo, Ohio

Kelly Roddy, Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* 2/15/23, and the person was arrested on *(date)* 2/16/23
at *(city and state)* Houston, TX.

Date: 2/16/23

_____
Arresting officer's signature

Frederick Hotter, SA
*Printed name and title*

15