Case: 3:23-cr-40054-RAL Doc#: 32-4 Filed: 08/02/23 Page 1 of 1 PageID #: 128
Case 4:23-mj-00322 Document 3 Filed on 02/21/23 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:23−mj−00322 |
| | § | |
| Muhammado Abdoulaye Diokhane | § | |

**ORDER**

      In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

      It is so **ORDERED**.

      **SIGNED** on February 21, 2023.

Dena Hanovice Palermo
United States Magistrate Judge

20