United States District Court
Southern District of Texas
**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:23−mj−00322 |
| | § | |
| Muhammado Abdoulaye Diokhane | § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Detention Hearing
February 22, 2023 at 11:00 AM
by video

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 21, 2023

_Dena Palermo_
Dena Hanovice Palermo
United States Magistrate Judge

21