TOLEDO AUSA
AVA DUSTIN
(419) 215-5444

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

United States Courts
Southern District of Texas
FILED

*February 17, 2023*

Nathan Ochsner, Clerk of Court

United States of America
v.
Shanice Hodge, aka Shai

Case No. 3:23 CR 54

**JUDGE KNEPP**

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Shanice Hodge, aka Shai

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18 U.S.C. § 1349 - Conspiracy
Counts 2-4 - 18 U.S.C. § 1028A - Aggravated Identity Theft

Date: 2/1/2023

*Issuing officer's signature*

City and state: Toledo, Ohio

Kelly Roddy, Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 02/16/2023
at *(city and state)* Housto, Texas.

Date: 2/16/2023

*Arresting officer's signature*

Gilberto Nieves, USSS Special Agent
*Printed name and title*

14