**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**UNITED STATES OF AMERICA**,      CASE NO.:    3:23-cr-00054-JRK

    Plaintiff,

        v.                          JUDGE JAMES R. KNEPP II

**BRYAN PERRY**,

    Defendant.               **SENTENCING SCHEDULING ORDER**

This matter is scheduled for sentencing on August 29, 2023 at 1:00 PM in Courtroom 204 before Judge James R. Knepp II.  **Counsel is directed to report at 12:45 PM.** Any related motions and/or memoranda shall be filed at least ten (10) days prior to sentencing. Defense counsel may refer to https://www.bop.gov/resources/publications.jsp for a list of programs available through the Bureau of Prisons in which Defendant may request participation.

| | |
|---|---|
| **Date of Plea or Verdict:** | 4/17/2023 |
| **Proposed Presentence Report** shall be disclosed to counsel no later than: *(not less than six (6) weeks prior to sentencing)* | 7/18/2023 |
| **Counsel's Written Objections or Notice of No Objections to the Presentence Report** shall be provided to the Probation Officer no later than: *(two (2) weeks after disclosure of Proposed Presentence Report)* | 8/1/2023 |
| **Presentence Report** and any statement of unresolved objections shall be submitted to the Court and disclosed to counsel no later than: *(two (2) weeks prior to sentencing)* | 8/15/2023 |
| **Government's Motion for Preliminary Order of Forfeiture** to be filed by: | 8/15/2023 |
| **Counsel to file any sentence related motions and/or memoranda by:** *(ten (10) days prior to sentencing)* | 8/21/2023 |
| **Judgment and Sentencing date:** *(not less than fourteen (14) weeks from plea or verdict)* | 8/29/2023 |

SO ORDERED on April 17, 2023.

                                                               s/ *James R. Knepp II*
                                                               UNITED STATES DISTRICT JUDGE