**FILED**
**APR 21 2023**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT # 238

### Receipt of Passport or Other Non-Cash Collateral (Section 1)

Name: Muhammado Abdoulaye Diokhane

Address:

Judge: Knepp

Date Rec'd: 4/21/2022

Description of Property Other than Passport:

Case Number: 3:23-cr-00054-JRK-1

Passport Number: 649577254

Country of Origin: United States

Expiration Date: 01/21/2030

Signature of Individual Surrendering Passport/Other: *C.A. Burton*
Print Name: Chenyce Burton

Clerk's Signature: *[signature]*
Print Name: Jessica Hancock

☑ **Original of Receipt Provided to Defendant or Individual Surrendering Passport or Other Non-Cash Collateral**

### Return of Passport or Other Non-Cash Collateral (Section 2)

Date Returned:

Purpose Returned:

Address (If Mailed):

Rec'd by:

Rec'd from:

Signature of Individual Retrieving Passport/Other

Print Name

Clerk's Signature

Print Name

S:\Forms\Financial\Passports\Passport Receipt Fillable Form