# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 3:23CR-00054 |
| Plaintiff, | : | JUDGE JAMES R. KNEPP, II |
| v. | : | **MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL** |
| BRYAN PERRY, | : | |
| Defendant. | : | |

Now comes the Defendant, Bryan Perry, by and through counsel, and respectfully requests that this Court grant him leave to file his Sentencing Memorandum under seal.

The Defendant is requesting that the Sentencing Memorandum be filed under seal because there is sensitive information contained in the Memorandum. Further, Defendant would like the opportunity to freely communicate to the Court the necessary sensitive information without concern that it may be read by other parties.

WHEREFORE, Defendant requests leave of this Court to file his Sentencing Memorandum under seal.

Respectfully submitted,

Stephen Newman
Federal Public Defender
Ohio Bar: 0051928

*s/ Donna M. Grill*
DONNA M. GRILL (#0062141)
Office of the Federal Public Defender
617 Adams Street, 2nd Floor
Toledo, Ohio 43604
(419) 259-7370 (O) 419-259-7375 (F)
E-mail: donna_grill@fd.org