# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 3:23CR-00054 |
| | : | |
| Plaintiff, | : | JUDGE JAMES R. KNEPP, II |
| | : | |
| v. | : | **MOTION FOR EXTENSION OF TIME** |
| | : | **TO FILE SENTENCING** |
| BRYAN PERRY, | : | **MEMORANDUM** |
| | : | |
| Defendant. | : | |

Now comes Defendant, by and through counsel, and hereby requests an extension of the sentencing memorandum filing deadline.

Counsel states that the sentencing memorandum filing deadline in this matter is August 21, 2023. Defendant needs additional time and requests that this court extend the deadline to August 23, 2023.

Wherefore, Defendant requests an extension of the sentencing memorandum filing deadline to August 23, 2023.

Respectfully submitted,

*s/ Donna M. Grill*
DONNA M. GRILL (0062141)
Office of the Federal Public Defender
617 Adams Street, 2nd Floor
Toledo, Ohio 43604-1419
(419-259-7370) O (419-259-7375) F
Email:  donna_grill@fd.org